**UNITED STATES DISTRICT COURT**
SOUTHERN DISTRICT OF NEW YORK
UNITED STATES COURTHOUSE
500 PEARL STREET
NEW YORK, NEW YORK 10007-1312



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/12/14

CHAMBERS OF
SIDNEY H. STEIN
UNITED STATES DISTRICT JUDGE

September 12, 2014

Mr. Calvin Murry
400 S. Highland Street, #418-E
Memphis, TN 38111

       Re:    Clark v. Astrue, 06 Civ. 15521 (SHS)

Dear Mr. Murry:

       On September 12, 2014, the Court received your letter in connection with the above case. I am sending a copy of your letter to Gerald McIntyre, Esq., one of the lawyers who represented the class in the Clark action. Any motion would have to be presented by your lawyer.

       Very truly yours,

       Laura Blakely
       Courtroom Deputy to Hon. Sidney H. Stein

cc:    Gerald McIntyre, Esq. (w/encl.)
       National Senior Citizens Law Center
       3701 Wilshire Boulevard, Suite 750
       Los Angeles, CA 90010